Michael P. West, Esq., State Bar No.: 172478
mwest@mpplaw.com
Lori D. Marquardt, Esq., State Bar No.: 221709
lmarquardt@mpplaw.com
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Defendant,
SUNRISE SENIOR LIVING MANAGEMENT, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ELEANOR WILSON, by and through her Guardian ad Litem DEBORAH GRAY, <br><br> Plaintiff, <br><br> vs. <br><br> SUNRISE SENIOR LIVING MANAGEMENT, INC, and Does 1-20, inclusive. <br><br> Defendants. | Case No.: CV 10 2880 EMC <br><br> [RE: Sonoma County Superior Court Case No. SCV 246937] <br><br> **[PROPOSED] ORDER TO REMAND UPON STIPULATION** <br><br> Trial Date: None |

In light of the Stipulation to Remand by and between the parties, plaintiff Eleanor Wilson, by and through her Guardian ad Litem, Deborah Gray, and defendant Sunrise Senior Living Management, Inc., through their respective counsel of record, which is attached to this Order as "Exhibit 1" and incorporated herein by reference, and based on plaintiff's post removal stipulation as to the reduced amount in controversy, and that the amount in controversy no longer satisfies the jurisdictional requirements to maintain this action in the United States

District Court pursuant to 28 U.S.C. §§ 1332 and 1441,

The Court hereby finds good cause to remand this case, and hereby orders that the entire above-captioned action be remanded to the Superior Court for the State of California for the County of Sonoma.

It is further ordered that this order to remand shall not affect defendant Sunrise Senior Living Management, Inc.'s right to remove the action again if plaintiff tries to avoid the amount in controversy stipulation. The 9/22/10 hearing is taken off calendar.

Dated: 9/21/10



Hon. _____
UNITED STATES DISTRICT COURT

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**EXHIBIT 1**

1  Michael P. West, Esq., State Bar No.: 172478
   mwest@mpplaw.com
2  Lori D. Marquardt, Esq., State Bar No.: 221709
3  lmarquardt@mpplaw.com
4  **MORRIS POLICH & PURDY LLP**
   1055 West Seventh Street, 24th Floor
5  Los Angeles, California 90017
6  Telephone: (213) 891-9100
   Facsimile: (213) 488-1178
7
8  Attorneys for Defendant,
   SUNRISE SENIOR LIVING MANAGEMENT, INC.
9

10                        UNITED STATES DISTRICT COURT
11
12          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ELEANOR WILSON, by and through her Guardian ad Litem DEBORAH GRAY,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE SENIOR LIVING MANAGEMENT, INC, and Does 1-20, inclusive.<br><br>Defendants. | Case No.: CV 10 2880 EMC<br><br>[RE: Sonoma County Superior Court Case No. SCV 246937]<br><br>**STIPULATION TO REMAND**<br><br>Assigned to:    Hon. Edward M. Chen<br><br>Trial Date:    None |

**WHEREAS** the entire above-captioned matter, having been removed by defendant Sunrise Senior Living Management, Inc. to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. §§ 1332 and 1441 on June 30, 2010, on the grounds that there exists complete diversity of citizenship, as plaintiff and the defendant are not citizens of the same state, and the

L0235769                                1
                              STIPULATION TO REMAND
                                      — 4 —

amount in controversy exceeds $75,000, exclusive of interest and costs;

**WHEREAS**, after removal was effected, plaintiff Eleanor Wilson, by and through her counsel of record herein, has stipulated that plaintiff's alleged damages, inclusive of interest, costs, and attorneys' fees, are under $75,000, that plaintiff will not seek more than $75,000 in state court, that plaintiff will not accept more than $75,000 at trial, that there is no potential claim for damages in this case that exceeds $75,000, and that plaintiff waives any right to avoid the stipulation based on newly-discovered or unknown facts, as set forth in the Stipulation attached hereto as Exhibit "1";

**WHEREAS,** the parties hereby acknowledge that based on plaintiff's post removal stipulation as to the reduced amount in controversy, the amount in controversy no longer satisfies the jurisdictional requirements to maintain this action in the United States District Court pursuant to 28 U.S.C. §§ 1332 and 1441;

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel of record, that the entire above-captioned action be remanded to the Superior Court for the State of California for the County of Sonoma.

///

///

///

///

///

///

///

///

///

///

L0235769

2

**STIPULATION TO REMAND**

1     **IT IS HEREBY FURTHER STIPULATED,** that a remand shall not affect defendant's right to remove the action again and seek monetary sanctions if plaintiff tries to avoid the amount in controversy stipulation.

Dated: August 31, 2010

                          LAW OFFICES OF WILLIAM G. McDEVITT

                          By: _____
                               William G. McDevitt

                          Attorneys for Plaintiff,
                          ELEANOR WILSON, by and through her
                          Guardian, DEBORAH GRAY

Dated: August 31, 2010

                          MORRIS POLICH & PURDY LLP

                          By: _____
                               Michael P. West, Esq.
                               Lori D. Marquardt, Esq.

                          Attorneys for Defendant,
                          SUNRISE SENIOR LIVING
                          MANAGEMENT, INC.

|   |   |
|---|---|
| 1 | Michael P. West, Esq.; SBN.: 172478 |
|   | Lori D. Marquardt, Esq.: SBN.: 221709 |
| 2 | **MORRIS, POLICH & PURDY LLP** |
|   | 1055 West Seventh Street, 24th Floor |
| 3 | Los Angeles, California 90017 |
|   | Telephone: (213) 891-9100 |
| 4 | Facsimile: (213) 488-1178 |
| 5 | Attorneys for Defendant, |
|   | SUNRISE SENIOR LIVING MANAGEMENT, INC. |

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SONOMA – SANTA ROSA DIVISION

| | |
|---|---|
| ELEANOR WILSON, by and through her Guardian Ad Litem, DEBORAH GRAY, | Case No.: SCV 246937 |
| | [United States District Court Case No.: CV-10 2880 EMC] |
| Plaintiff, | |
| vs. | **STIPULATION RE: AMOUNT IN CONTROVERSY** |
| SUNRISE OF PETALUMA, and Does 1 to 20, inclusive, | |
| Defendants. | [Complaint Filed: February 26, 2010] |
| | Trial Date: None Set |

Plaintiff Eleanor Wilson ("plaintiff") and defendant Sunrise Senior Living Management, Inc. ("defendant"), by and through their respective counsel of record, hereby stipulate to the following terms regarding the amount in controversy in the above-captioned matter:

1. Plaintiff's alleged damages, inclusive of interest, costs, and attorneys' fees, are under $75,000;

2. Plaintiff will not seek more than $75,000 in the Superior Court of the State of California for the County of Sonoma;

3. Plaintiff will not accept more than $75,000 at trial in this matter;

4. There is no potential claim for damages in this case, inclusive of interest, costs, and attorneys' fees, that exceeds $75,000; and,

L0235771

-1-

**STIPULATION RE: AMOUNT IN CONTROVERSY**

—7—

5. Plaintiff waives any right to avoid the stipulation based on newly-discovered or unknown facts.

It is further stipulated that in reliance on the express terms of the stipulation regarding the amount in controversy, defendant has agreed to stipulate to remand the entire action which had been removed to the United States District Court for the Southern District of California back to the Superior Court of California for the County of Sonoma.

Dated: Sept 17, 2010

LAW OFFICES OF WILLIAM G. McDEVITT

By: _____
William G. McDevitt

Attorneys for Plaintiffs,
ELEANOR WILSON, by and through her Guardian, DEBORAH GRAY

Dated: September 17, 2010

MORRIS POLICH & PURDY, LLP

By: _____
Michael P. West, Esq.

Attorneys for Defendant, SUNRISE SENIOR LIVING MANAGEMENT, INC.

L0235771

-2-

**STIPULATION RE: AMOUNT IN CONTROVERSY**

## CERTIFICATE OF SERVICE

*Wilson, et al. vs. Sunrise Senior Living Management, Inc.*
*U.S. District Court – Northern District – San Francisco- Case No. CV 10 2880 EMC*

I, Jeri Lynn Gregory, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 1055 W. Seventh Street, 24th Floor, Los Angeles, California 90017, which is located in the city, county and state where the mailing described below took place.

On September 20, 2010, pursuant to the Court's Electronic Filing System, I submitted an electronic version of the following document(s) via file transfer protocol to ECF (Electronic Case Filing)

**"[PROPOSED] ORDER TO REMAND UPON STIPULATION"**

and a true copy of this document was served electronically upon all counsel of record by the Court's CM/ECF System, or if such service is not authorized, by first class mail, in accordance with Rule 5 of the Federal Rules of Civil Procedure.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on September 20, 2010, at Los Angeles, California.



Jeri Lynn Gregory

L0231569

**CERTIFICATE OF SERVICE – CASE NO. CV 10 2880 EMC**

— 9 —